1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00152 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS |
| v. | |
| VUE CHA, | COURT: Hon. Sheila K. Oberto |
| Defendant. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to telephone numbers, residential addresses, and social security numbers ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant VUE CHA, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Henry Z. Carbajal III, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as

[PROPOSED] PROTECTIVE ORDER                1

1  part of discovery in this case (hereafter, collectively known as "the discovery").

2    3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any
3  documents that contain Protected Information with anyone other than Defense Counsel attorneys,
4  designated defense investigators, and support staff.  Defense Counsel may permit the Defendant to view
5  unredacted documents in the presence of his attorney, defense investigators, and support staff.  The
6  parties agree that Defense Counsel, defense investigators, and support staff shall not allow the
7  Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense
8  Counsel, defense investigators, and support staff may provide the Defendant with copies of documents
9  from which Protected Information has been redacted.

10    4.    The discovery and information therein may be used only in connection with the litigation
11  of this case and for no other purpose.  The discovery is now and will forever remain the property of the
12  United States of America ("Government").  Defense Counsel will return the discovery to the
13  Government or certify that it has been shredded at the conclusion of the case.

14    5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to
15  ensure that it is not disclosed to third persons in violation of this agreement.

16    6.    Defense Counsel shall be responsible for advising the Defendant, employees, and other
17  members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

18    7.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to
19  withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by
20  this Order.

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

[PROPOSED] PROTECTIVE ORDER   2

IT IS SO STIPULATED.

Dated: April 2, 2015                                BENJAMIN B. WAGNER
                                                    United States Attorney


                                            By:   /s/Henry Z. Carbajal III
                                                    HENRY Z. CARBAJAL III
                                                    Assistant United States Attorney


Dated: April 2, 2015                        By:   /s/John F. Garland
                                                    JOHN F. GARLAND
                                                    Attorney for Defendant
                                                    VUE CHA


## **ORDER**

IT IS SO ORDERED.

   Dated:   **April 3, 2015**                          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] PROTECTIVE ORDER                    3